IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| BMW of North America, LLC, and Bayerische Motoren Werke AG, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Civil Action No.: 4:10-82-TLW-SVH<br>) |
| FPI MB Entertainment, LLC and MB Entertainment, LLC, dba "Freestyle Music Park," | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

# ORDER

On January 12, 2010, the plaintiffs, BMW of North America, LLC and Bayerische Motoren Werke AG, filed this civil action. (Doc. # 1). After the defendants failed to respond to the complaint, the plaintiffs requested an entry of default. (Doc. # 10). The Clerk of Court entered default against the defendants on March 2, 2010. (Entry # 11). The plaintiffs then moved for a default judgment and requested a permanent injunction. (Doc. # 12). The motion was referred to United States Magistrate Judge Shiva V. Hodges pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2), D.S.C. (Doc. # 14).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. # 15). On September 13, 2010, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the plaintiffs' motion for default judgment and request for a permanent injunction, (Doc. # 12), be granted, (Doc. # 15). The defendants filed no objections to the report. Objections

1

were due on September 30, 2010.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED**. (Doc. # 15). For the reasons articulated by the Magistrate Judge, the plaintiffs' motion for default judgment and request for a permanent injunction, (Doc. # 12), is **GRANTED**.

**IT IS SO ORDERED**.

                                                        s/Terry L. Wooten
                                                   United States District Judge

October 27, 2010
Florence, South Carolina